IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY JOSEPH LANERI, III**            **PLAINTIFF**

v.            **CAUSE NO. 1:14CV234-LG-RHW**

**RONALD KING, et al.**            **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on September 18, 2015. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGE** that this dismissal, for failure to state a claim upon which relief may be granted, shall constitute a "strike" pursuant to 28 U.S.C, §1915(g).

**SO ORDERED AND ADJUDGED** this the 13th day of October, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE